IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREL OMAR AGUILAR ESTRADA, : | Civil No. 1:25-CV-00429 |
| Petitioner, : | |
| v. : | |
| ICE/ERO WILLIAMSPORT SUB OFFICE, *et al.*, : | |
| Respondents. : | Judge Jennifer P. Wilson |

# ORDER

**AND NOW**, on this 1st day of December, 2025, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. The petition filed pursuant to 28 U.S.C. § 2241, Doc. 1, is **DENIED**.

2. Petitioner's motion, Doc. 12, is **DENIED** as moot.

3. The Clerk of the Court is directed to **CLOSE** the case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania
